UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOF

VERSUS

VANNOY, ET AL.

CIVIL ACTION

18-145-SDD-SDJ

### RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated March 11, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the Petitioner's application for *habeas corpus* relief is hereby DENIED as untimely and this proceeding is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that if Petitioner seeks to pursue an appeal in this case, a certificate of appealability shall be DENIED.

Signed in Baton Rouge, Louisiana on March 30, 2021.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 36.